IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARVER,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, ET AL.,<br><br>  Defendant.<br>_____/ | No. C 11-02362 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 24, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 27, 2012.

DESIGNATION OF EXPERTS: 9/17/12; REBUTTAL: 9/26/12.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 19, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by August 3, 2012;

   Opp. Due August 17, 2012; Reply Due August 24, 2012;

   and set for hearing no later than September 7, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 6, 2012 at 3:30 PM.

JURY TRIAL DATE: November 19, 2012 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the court's ENE program. The ENE session shall occur by the end of January 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/22/11

SUSAN ILLSTON
United States District Judge