RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
STEVEN B. DIPPELL, Senior Litigation Attorney (121217)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Carver,<br><br>           Plaintiff(s),<br><br>v.<br><br>City of San Jose, et al.,, and DOES, inclusive,<br><br>           Defendant(s). | Case Number:  CV11-02362 SI<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>[N.D. Local Rule 6.1(a)] |

   The parties, by and through their respective counsel, John T. Bell for Plaintiff Charles Carver, and Steven B. Dippell for Defendants City of San Jose and Officer Tim Wilson, herewith stipulate and agree that Defendants City of San Jose and Officer Tim Wilson shall have up to and including June 7, 2012, to file their response to the plaintiff's first amended complaint.

|  | LAW OFFICES OF JOHN T. BELL |
|---|---|
| DATED: May 23, 2012 | By: __/s/ John Bell_____<br>      JOHN T. BELL<br><br>Attorney for Plaintiff, CHARLES CARVER |

1

|   |   |
|---|---|
| 1 |   |
| 2 | RICHARD DOYLE, City Attorney |
| 3 |   |
| 4 | DATED: May 23, 2012         By: ___/s/ Steven B. Dippell_____  STEVEN B. DIPPELL  Sr. Deputy City Attorney |

Attorney for Defendants, CITY OF SAN JOSE and OFFICER TIM WILSON

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and John T. Bell, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date:  May 22, 2012         By___/s/ Steven B. Dippell_____
                            STEVEN B. DIPPELL



**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

2

Case No. CV11-02362 SI:

866135