RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
STEVEN B. DIPPELL, Senior Litigation Attorney (121217)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Carver,<br><br>             Plaintiff(s),<br><br>     v.<br><br>City of San Jose, et al.,, and DOES, inclusive,<br><br>             Defendant(s). | Case Number:  CV11-02362 SI<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>[N.D. Local Rule 6.1(a)] |

The parties, by and through their respective counsel, John T. Bell for Plaintiff Charles Carver, and Steven B. Dippell for Defendants City of San Jose and Officer Tim Wilson, herewith stipulate and agree that Defendants City of San Jose and Officer Tim Wilson shall have up to and including June 7, 2012, to file their response to the plaintiff's first amended complaint.

LAW OFFICES OF JOHN T. BELL

DATED: May 23, 2012          By:  ___/s/ John Bell_____
                                  JOHN T. BELL

Attorney for Plaintiff, CHARLES CARVER

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RICHARD DOYLE, City Attorney

DATED: May 23, 2012       By: ___/s/ Steven B. Dippell_____
                                                 STEVEN B. DIPPELL
                                                 Sr. Deputy City Attorney

Attorney for Defendants, CITY OF SAN JOSE and OFFICER TIM WILSON

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and John T. Bell, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date:  May 22, 2012       By___/s/ Steven B. Dippell_____
                                                STEVEN B. DIPPELL



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Case No. CV11-02362 SI:

866135