JOHN T. BELL Esq./ State Bar #209941
LAW OFFICES OF JOHN T. BELL
610 – 16TH Street, Suite 421
Oakland, California 94612
(510) 444-4638

Attorney for Plaintiff Charles Carver

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARVER, | **Case No.  CV 11-02362 SI** |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF TRIAL DATE** |
| vs. | |
| CHARLES MOORE, individually and in his official capacity as Chief of Police, TIM WILSON, and  DOES 1-20, inclusive, individually and in their official capacities as police officers for the City of SAN JOSE POLICE DEPARTMENT, AND THE CITY OF SAN JOSE | |
| Defendants. | |
| _____/ | |

The parties, by and through their respective counsel, John T. Bell for Plaintiff Charles Carver and Steven D. Dippell for Defendants City of San Jose and Officer Tim Wilson, herewith stipulate and jointly request that the jury trial scheduled for November 19, 2012 be conteneud to a date in April 2013, convenient for the Court.  The parties also respectfully request that all existing hearing dates and deadlines be continued in accordance with the April 2013 trial date as described in the proposed order below

ATTESTMENT OF CONCURENCE PER GENERAL ORDER 45 FOR FILING

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell

\\\

and John T. Bell, has been obtained, and that a record of the concurrence shall be maintained at the Law Offices of John T. Bell

DATED: June 8, 2012                    **THE LAW OFFICES OF JOHN T. BELL**


                                       **By      /s/ John T. Bell_____**
                                                 John T. Bell
                                       Attorney for Plaintiff Charles Carver

DATED: June 8, 2012                    **RICHARD DOYLE, City Attorney**


                                       **By      /s/ Steven B. Dippel_____**
                                                 STEVEN B. DIPPELL
                                                 Sr. Deputy City Attorney
                                       Attorney for Defendants CITY OF SAN JOSE
                                       And OFFICER TIM WILSON

## <u>ORDER</u>

Having read and considered the parties joint request and declaration of Plaintiff's counsel, and finding good cause for the relief requested,

It is hereby ORDERED that the existing trial date, all existing hearing dates, and deadlines are continued and pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: _ 11/2/12 @ 3 p.m,_____

Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R. Civ. P and Local Rules subject to any provision below

NON-EXPERT DISCOVERY CUTOFF is January 7, 2013

DESIGNATION OF EXPERT: February 4, 2013 Rebuttal: February 13, 2013
Parties **SHALL** conform to Rule 26(a)(2)

EXPERT DISCOVERY CUTOFF is February 27, 2013

DISPOSITIVE MOTIONS **SHALL** be filed by January 14, 2013

Opp. Due January 28, 2013; Reply Due February 11, 2013

22
and set for hearing no later than February 4, 2013 at 9:00 AM

PRETRIAL CONFERENCE DATE: __4/16/13 @ 3:30 p.m._____

JURY TRIAL DATE: __4/29/12 @ 8:30 a.m._____
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _____ days

The pretrial conference SHALL be attended by trial counsel prepared to discuss all aspects of the

case, including settlement.  Parties SHALL conform to the attached instructions. Plaintiff is

ORDERED to serve a copy of this order on any party subsequently joined in this action

DATED: ___6/11/12_____          _____
                                          SUSAN ILLSTON
                                          United States District Judge