IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES CARVER,

    Plaintiff,

v.

CITY OF SAN JOSE, et al.,

    Defendants.

No. C-11-2362-SI (EDL)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

By letter dated November 21, 2012, Defendant Rob Davis, retired former San Jose Chief of Police, requested that he be excused from attendance at the settlement conference scheduled for December 12, 2012. Plaintiff does not oppose this request. Good cause appearing, Defendant Rob Davis is excused from attending the settlement conference.

**IT IS SO ORDERED.**

Dated: November 27, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge